IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Augustyn, Rafal
Augustyn, Agnieszka
Printed: 12/13/07

Case Number: 07 B 09455
Judge: Squires, John H
Filed: 5/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 31, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 475.00 | |
| Secured: | | 25.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 424.34 |
| Trustee Fee: | | 25.66 |
| Other Funds: | | 0.00 |
| Totals: | 475.00 | 475.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,500.00 | 424.34 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 300.00 | 25.00 |
| 5. | Option One Mortgage Corp | Secured | 16,544.49 | 0.00 |
| 6. | Option One Mortgage Corp | Secured | 340.76 | 0.00 |
| 7. | Internal Revenue Service | Priority | 34,193.12 | 0.00 |
| 8. | Capital One | Unsecured | 97.72 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 17.81 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 463.73 | 0.00 |
| 11. | Kohl's/Kohl's Dept Stores | Unsecured | 102.84 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 35.36 | 0.00 |
| 13. | T Mobile | Unsecured | 16.23 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 159.35 | 0.00 |
| 15. | T Mobile | Unsecured | 8.25 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 82.22 | 0.00 |
| 17. | Cavalry Portfolio/Collection | Unsecured | 832.50 | 0.00 |
| 18. | Asset Acceptance | Unsecured | 249.16 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 129.22 | 0.00 |
| 20. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 21. | Arvind Patel | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Chase Cardmember Services | Unsecured | | No Claim Filed |
| 24. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 25. | Mid America Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Augustyn, Rafal
Augustyn, Agnieszka
Printed: 12/13/07

Case Number: 07 B 09455
Judge: Squires, John H
Filed: 5/24/07

| | Creditor | Type | | |
|---|---|---|---|---|
| 26. | Sam's Club | Unsecured | | No Claim Filed |
| 27. | Kid Spot | Unsecured | | No Claim Filed |
| 28. | The Bureau Inc | Unsecured | | No Claim Filed |
| 29. | Medical Center Anesthesia | Unsecured | | No Claim Filed |
| 30. | SBC | Unsecured | | No Claim Filed |
| 31. | State Farm Insurance Co | Unsecured | | No Claim Filed |
| 32. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 33. | Village of Franklin Park | Unsecured | | No Claim Filed |
| 34. | Village Of Barrington | Unsecured | | No Claim Filed |
| | | | $ 56,072.76 | $ 449.34 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 25.66 |
| | $ 25.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

